UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts III, Inc.
Plaintiff,

V.

Civil Action Number
04-10278-PBS

William Manning
Defendant.

May 5, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/5/04

Plaintiff's expert designation deadline: 10/5/04

Expert discovery deadline: 11/5/04

Final Pretrial Conference: 11/9/04 at 3:00 p.m.

Jury Trial: 11/15/04 at 9:00 a.m.

Case to be referred to Mediation program: A.S.A.P.

By the Court,

/s/ Robert C. Alba
Deputy Clerk