**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

COMCAST OF MASSACHUSETTS III, INC.,
        Plaintiff(s)

       CIVIL ACTION
       NO. 04-10278-PBS

    v.

MANNING,
        Defendant(s)

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____SARIS_____

[ X ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[   ]    On _____ I held the following ADR proceeding:

        _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        _____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
        _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

[   ]    All parties were represented by counsel [except _____]

[   ]    The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ X ]    Settled. Your clerk should enter a ___30-____ day order of dismissal.

[   ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[   ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]    Suggested strategy to facilitate settlement:

    8/31/04                              s/ Amy Bressler Nee
       DATE

                                                        Deputy Clerk to Hon. A. David Mazzone

(Manning.wpd - 4/12/2000)                                                        [adrrpt.]