UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**William Manning** )<br>)<br>_____ ) | Case No.: 04cv10278 PBS<br><br>SUBSTITUTE APPEARANCE |

To the Court and all parties of record:

The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

Respectfully Submitted for Comcast
By Its Attorney,

9/10/04
_____
Date

_____
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___ day of _____, 2004, a copy of the foregoing was sent via first class mail to:

Attorney Mary Goulart-Kerr
Law Office of David M. Shaw
17 Storrs Ave
Braintree, MA 02184

_____
John M. McLaughlin, Esq.